UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE TERRELL MOORE,

                                                     Case No. 25-cv-10663
                                                     Hon. Mark A. Goldsmith

                    Plaintiff,

v.

KIM FARRIS AND
CAPT. MILLER,

                    Defendants.

_____/

## **OPINION AND ORDER SUMMARILY DISMISSING CASE**

Terrence Terrell Moore is in the custody of the Michigan Department of Corrections, currently incarcerated at the Macomb Correctional Facility. He has filed a pro se civil rights complaint alleging that Defendants are providing him with inadequate medical care. Because Moore has been enjoined from filing lawsuits in this Court without first obtaining leave of the Chief Judge, and such leave has not been requested, the Court dismisses the complaint.

On March 23, 2015, United States District Judge Arthur J. Tarnow enjoined Moore "from filing any new actions in the United States District Court for the Eastern District of Michigan without first applying for and receiving a court order from the Chief Judge authorizing the filing of such lawsuit." See Moore v. Hartley, et al., No. 2:09-cv-13536 (E. D. Mich. Mar. 23, 2015). Moore has not alleged or demonstrated that he received permission from the Chief Judge of this District to file this lawsuit. Therefore, the Court finds that Moore is barred from initiating this action and dismisses the complaint.

        SO ORDERED.

Dated: April 7, 2025  s/Mark A. Goldsmith
      Detroit, Michigan  MARK A. GOLDSMITH
        United States District Judge